## BIRO v. INLAND STEEL COMPANY.

[No. 13,011. Filed November 2, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Anna Biro and the Inland Steel Company. From the award made, the former appeals. *Affirmed.* By the court in banc.

*Ibach, Gavit, Stinson & Gavit* and *James M. Ogden,* for appellant.

*William J. McAleer, Francis J. Dorsey, Gerald A. Gillett* and *James J. Clark,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## AUBERRY ET AL. v. KNOX CONSOLIDATED COAL COMPANY.

[No. 13,065. Filed November 2, 1927.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Clara Auberry and others and the Knox Consolidated Coal Company. From the award made, the former appeal. *Affirmed.* By the court in banc.

*John A. Riddle,* for appellants.

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *George W. Buff,* for appellee.

PER CURIAM.—Award affirmed.

---

## McCOY v. STATE OF INDIANA.

[No. 13,068. Filed November 3, 1927.]

From Floyd Juvenile Court; *D. Kirke Hedden,* Special Judge.

Prosecution by the State of Indiana against Bertha McCoy. From the judgment rendered, the latter appeals. *Affirmed.* By the court in banc.

*Tilden T. Gobbel,* for appellant.

PER CURIAM.—Affirmed.